# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

RANDY VAUGHN

(Name and Address of Defendant)

**FILED**
APR 2 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**MAGISTRATE JUDGE DENLOW**

CRIMINAL COMPLAINT

CASE NUMBER: **08CR 345**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __12/09/2007__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of First Degree Murder

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __FBI Special Agent__ (Official Title) and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ■ Yes ___ No

**RECEIVED**
April 29, 2008
APR 2 9 2008  TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Complainant
**Joseph Raschke**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

April 29, 2008                     at    Chicago, Illinois
Date                                     City and State

Morton Denlow, United States Magistrate Judge       _Morton Denlow_
Name & Title of Judicial Officer                     Signature of Judicial Officer

STATE OF ILLINOIS        )
                         )  ss
COUNTY OF COOK           )

### A F F I D A V I T

I, JOSEPH RASCHKE, being duly sworn, depose and say:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed for over ten years. I am currently assigned to the FBI Violent Crimes Task Force and am familiar with fugitive investigations. The information contained in this affidavit was provided to me by Chicago Police Department Detective Bob McVicker, unless otherwise indicated.

2. On December 09, 2007, TERRANCE WOODS was shot to death in Chicago, Illinois. Subsequent investigation by the Chicago Police Department developed RANDY VAUGHN as the primary suspect involved in the shooting.

3. On April 14, 2008, the Circuit Court of Cook County, Illinois, issued an arrest warrant for VAUGHN after he was charged with first degree murder, a felony. A copy of the arrest warrant is attached to this affidavit.

4. Attempts to locate VAUGHN in the Chicago area by the FBI and the Chicago Police Department have been unsuccessful.

5. On April 14, 2008, VAUGHN's brother was interviewed by CPD Detectives. During the interview, he was asked if he knew of his brother's current whereabouts. He stated that he did not know and that he believed VAUGHN had fled the state of Illinois.

6. Later that day, on April 14, 2008, an individual identifying himself as VAUGHN telephonically contacted Detective McVicker. Detective McVicker advised VAUGHN to turn himself in to the police, to which VAUGHN replied, "it ain't gonna happen." Detective McVicker told VAUGHN that the police were looking for him and were going to find him, to which he again replied, "it ain't gonna happen."

7. Investigation has determined that VAUGHN has relatives that live outside the state of Illinois. It has been my experience that individuals who are attempting to allude the police often stay with relatives that live away from the area where the police are searching.

8. Based on the information contained in this affidavit, I believe RANDY VAUGHN fled the State of Illinois to avoid prosecution for first degree murder.

9. The Cook County State's Attorney will extradite VAUGHN when he is apprehended.

JOSEPH RASCHKE
Special Agent
Federal Bureau of Investigation

Subscribed to and Sworn before
me this 28th day of April, 2008

Morton Denlow
United States Magistrate Judge

Apr-25-08   12:48pm   From-EXTRADITION          +3127456950           T-334   P.002/002   F-514

38/66

CCCR N656-100M-1/24/05 (33350029)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS
v.

Randy VAUGHN
(First)   (M.I.)   (Last)

Case No. 08105254-01

☐ Violation of:
☐ Probation
☐ Supervision
☐ Conditional Discharge

☐ AMF
☒ Arrest
☐ BFW

08-1-105254

**ARREST WARRANT**

THE PEOPLE OF THE STATE OF ILLINOIS TO ALL PEACE OFFICERS IN THE STATE - GREETING:

We command you to arrest Defendant ___Randy VAUGHN___
(First)   (M.I.)   (Last)

15

for the offense(s) of ___First Degree Murder___
(Description)

___720___ ILCS ___5___ / ___9-1(a)(1)___
(Statutory Citation)

stated in a charge(s) now pending before this court and that you bring him/her instanter before The Circuit Court of Cook County at ___26 California___ ___B606___ ___12:00___
(Location)   (Room)   (Call or Time)
Rm-101

or, if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

**GEOGRAPHIC LIMITATIONS**

Unless otherwise indicated below the geographic limitations are those as specified in 725 ILCS 5/107-9(e).

Issued in Cook County   APR 1 4 2008

_____
(Geographic Limitations)

Bail Fixed at $ ___No bail___

_____
Prosecutor

_Michelle Jordan_  1886
Judge          No.

_____
Judge        No.

WITNESS: DOROTHY BROWN, CLERK OF THE COURT and the Seal thereof,

_Dorothy Brown_
Clerk of The Circuit Court    By _B Banch_
                              Deputy Clerk

4-14-2008

ORIGINAL TO COURT FILE