UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 08 CR 345 |
| | ) | Magistrate Judge Denlow (Assigned) |
| RANDY VAUGHN | ) | Magistrate Judge Keys (Duty) |
| | ) | |

GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to Federal Rule of Criminal Procedure 48(a), moves this Court to dismiss the complaint in the captioned case without prejudice.

On or about April 29, 2008, the Defendant was charged in a criminal complaint with unlawful flight to avoid prosecution in violation of Title 18, United States Code, Section 1073. On or about June 10, 2008, the Defendant was arrested in Chicago, Illinois, by the FBI. Because the Defendant has been apprehended, the United States moves this honorable Court to dismiss the complaint without prejudice.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/M. David Habich
      M. DAVID HABICH
      Special Assistant
Date: 06/17/2008      United States Attorney
      (312) 829-8931

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 08 CR 345 |
| | ) | Magistrate Judge Denlow (Assigned) |
| RANDY VAUGHN | ) | Magistrate Judge Keys (Duty) |
| | ) | |

GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to Federal Rule of Criminal Procedure 48(a), moves this Court to dismiss the complaint in the captioned case without prejudice.

On or about April 29, 2008, the Defendant was charged in a criminal complaint with unlawful flight to avoid prosecution in violation of Title 18, United States Code, Section 1073. On or about June 10, 2008, the Defendant was arrested in Chicago, Illinois, by the FBI. Because the Defendant has been apprehended, the United States moves this honorable Court to dismiss the complaint without prejudice.

                                          Respectfully submitted,

                                          PATRICK J. FITZGERALD
                                          United States Attorney

                        By:    s/M. David Habich
                              M. DAVID HABICH
                              Special Assistant
Date: 06/17/2008              United States Attorney
                              (312) 829-8931

<u>CERTIFICATE OF SERVICE</u>

      The undersigned Special Assistant United States Attorney hereby certifies that the following document:

<u>GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE</u>

was served on June 17, 2008, in accordance with FED.R.CRIM.P.49, FED.R.CIV.P.5, LR5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                    By:  <u>s/M. David Habich</u>
                                         M. DAVID HABICH
                                         Special Assistant United States Attorney
                                         2111 W Roosevelt Rd.
                                         Chicago, Illinois 60608
                                         (312) 829-8931

CERTIFICATE OF SERVICE

The undersigned Special Assistant United States Attorney hereby certifies that the following document:

GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

was served on June 17, 2008, in accordance with FED.R.CRIM.P.49, FED.R.CIV.P.5, LR5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By: s/M. David Habich
M. DAVID HABICH
Special Assistant United States Attorney
2111 W Roosevelt Rd.
Chicago, Illinois 60608
(312) 829-8931

```
           UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF ILLINOIS
                  EASTERN DIVISION
```

```
UNITED STATES OF AMERICA       )
                               )
     VS.                       )    08 CR 345
                               )
RANDY VAUGHN                   )
_____)
```

## ORDER DISMISSING CRIMINAL COMPLAINT
## WITHOUT PREJUDICE

A motion having been made before me by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, to dismiss the criminal complaint in the instant matter without prejudice;

It is hereby

ORDERED that the criminal complaint in this matter be dismissed without prejudice.

```
                              _____
                              ARLANDER KEYS
                              United States Magistrate Judge
Date:_____
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>VS.                              )<br>)<br>RANDY VAUGHN                    )<br>_____) | 08 CR 345 |

### ORDER DISMISSING CRIMINAL COMPLAINT
### WITHOUT PREJUDICE

A motion having been made before me by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, to dismiss the criminal complaint in the instant matter without prejudice;

It is hereby

ORDERED that the criminal complaint in this matter be dismissed without prejudice.

                                                                    _____
                                                                    ARLANDER KEYS
                                                                    United States Magistrate Judge

Date:_____