Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR - 345-1 | **DATE** | 6/17/2008 |
| **CASE TITLE** | USA vs. Randy Vaughn | | |

**DOCKET ENTRY TEXT**

The Government's Motion dismiss to Dismiss Complaint Without Prejudice as to Randy Vaughn is granted.

See attached order for further detail

Docketing to mail notices.

| | Courtroom Deputy Initials: | AC |
|---|---|---|

U.S. DISTRICT COURT

2008 JUN 17 PH 4:25

FILED