UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
VS. ) 08 CR 345
)
RANDY VAUGHN )
)

## ORDER DISMISSING CRIMINAL COMPLAINT WITHOUT PREJUDICE

A motion having been made before me by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, to dismiss the criminal complaint in the instant matter without prejudice;

It is hereby

ORDERED that the criminal complaint in this matter be dismissed without prejudice.

_____
ARLANDER KEYS
United States Magistrate Judge

Date: June 17, 2008